**Order entered October 20, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00611-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**KENNARD HENRY RICHARDS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F14-57714-X**

## ORDER

The Court has before it appellee's October 16, 2015 complaint about the completeness of the record and motion to stay briefing schedule. We will treat the motion as one to supplement the record and to extend time to file appellee's brief.

We have reviewed the reporter's record and it recites that all exhibits were retained by the State of Texas. Accordingly, we **ORDER** Jan Cherie Williams, official court reporter of the Criminal District Court No. 6, to retrieve from the State the exhibits admitted into evidence during the suppression hearing and to file a supplemental record containing those exhibits by **NOVEMBER 4, 2015**. We further **ORDER** the Jan Cherie Williams file, **NOVEMBER 4, 2015**, a duplicate copy of the supplemental record containing the exhibits with the Dallas County District Clerk. *See* TEX. R. APP. P. 34.6(h). No extensions will be granted.

We **ORDER** appellee to file his brief by **DECEMBER 4, 2015**.  No further extensions will be granted.

We **DIRECT** the Clerk to send copies of this order to Jan Cherie Williams, official court reporter, Criminal District Court No. 6; Brian Higginbotham; and Livia Liu Francis.

We **GRANT** the motion as follows.


/s/      ADA BROWN
        JUSTICE